IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAYDEI G. BARLEE and BARRY D. BROOME, individually and on behalf of all others similarly situated,<br>　　　　　*Plaintiffs*<br>　　v.<br>FIRST HORIZON NATIONAL CORP., et al.,<br>　　　　　*Defendants.* | Civil Action<br>No. 2:12-cv-03045-HB |

**DEFENDANTS RADIAN GUARANTY INC., REPUBLIC MORTGAGE INSURANCE COMPANY AND GENWORTH MORTGAGE INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)**

Defendants Radian Guaranty Inc. ("Radian"), Republic Mortgage Insurance Company ("RMIC"), and Genworth Mortgage Insurance Company ("Genworth") (collectively, the "Moving Defendants") hereby respectfully move this Court to dismiss with prejudice all claims asserted against them in plaintiffs' amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  In support of their motion, the Moving Defendants submit the accompanying memorandum of law, incorporated by reference herein.

Respectfully submitted,

Dated: November 5, 2012　　　　　SCHNADER HARRISON SEGAL & LEWIS LLP

　　　　　　　　　　　　　　　　　/s/ David Smith_____
　　　　　　　　　　　　　　　　　David Smith
　　　　　　　　　　　　　　　　　Theresa E. Loscalzo
　　　　　　　　　　　　　　　　　Stephen A. Fogdall

        1600 Market Street, Suite 3600
        Philadelphia, Pennsylvania 19103
        Telephone: 215-751-2000
        Facsimile: 215-972-7409
        Email: dsmith@schnader.com

        Attorneys for Defendant
        RADIAN GUARANTY INC.

Dated: November 5, 2012        KAUFMAN, COREN & RESS, P.C.

        /s/ Steven M. Coren
        Steven M. Coren
        Bruce Bodner
        Two Commerce Square, Suite 3900
        2001 Market Street
        Philadelphia, Pennsylvania 19103
        Telephone: 215-735-8700
        Facsimile: 215-735-5170
        Email: scoren@kcr-law.com

        William L. Kirkman
        Bourland & Kirkman, LLP
        201 Main Street, Suite 1400
        Fort Worth, Texas 76102
        Telephone: 817-336-2800, ext. 122
        Facsimile: 817-877-1863
        Email: billk@bourlandkirkman.com

        Attorneys for Defendant
        REPUBLIC MORTGAGE INSURANCE CO.

Dated: November 5, 2012        CONRAD O'BRIEN, PC

        /s/ Nicholas M. Centrella
        Nicholas M. Centrella
        Aya M. Salem
        1500 Market Street
        West Tower, Suite 3900
        Philadelphia, PA 19102
        Telephone: 215-864-8098
        Facsimile: 215-864-0798

Email: ncentrella@conradobrien.com

Reid L. Ashinoff
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-768-6700
Facsimile:  212-768-6800
Email:  reid.ashinoff@snrdenton.com

Benito Delfin, Jr.
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone: 213-892-2883
Facsimile:  213-623-9924
Email:  ben.delfin@snrdenton.com

Attorneys for Defendant
GENWORTH MORTGAGE INSURANCE CO.