IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAYDEI G. BARLEE, et al. : CIVIL ACTION
:
      v. :
:
FIRST HORIZON NATIONAL :
CORPORATION, et al. : NO. 12-3045

ORDER

      AND NOW, this 27th day of February, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

      (1) the motion of United Guaranty Residential Insurance Company to dismiss the first amended putative class-action complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure (Doc. #65) is GRANTED as to plaintiff Saydei G. Barlee and otherwise DENIED;

      (2) the motion of Genworth Mortgage Insurance Corporation, Republic Mortgage Insurance Company, and Radian Guaranty Inc. to dismiss the first amended putative class-action complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Doc. #66) is GRANTED; and

      (3) the motion of First Horizon National Corporation, First Tennessee Bank, N.A., First Horizon Home Loan Corporation, and FT Reinsurance (USA) Inc. to dismiss the first amended

putative class-action complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #67) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                            J.