IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAYDEI G. BARLEE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIRST HORIZON NATIONAL | : | |
| CORPORATION, et al. | : | NO. 12-3045 |

ORDER

AND NOW, this 4th day of April, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of United Guaranty Residential Insurance Company for reconsideration of the court's Order dated February 27, 2013 or alternatively for certification pursuant to 28 U.S.C. § 1292(b) (Doc. #86) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.